BEFORE THE SECOND DIVISION, SEPTEMBER 14, 1949

**No. 53546.**—R. G. LeTourneau, Inc. *v.* United States, protest 138065–K (New York).

Opinion by Lawrence, J. When the case was called for trial counsel for the Government moved to dismiss the protest on the ground that "it is not specific and does not set forth a proper claim and does not meet the requirements of Section 514 of the Tariff Act of 1930." Plaintiff's counsel conceded that the motion was well taken. The motion to dismiss was therefore granted.

**No. 53547.**—F. W. Myers & Co., Inc. *v.* United States, protests 139959–K, etc. (Ogdensburg).

Opinion by Lawrence, J. The uncontradicted evidence conclusively established that the humane cattle killer and parts thereof are similar in all material respects to those the subject of *F. W. Myers & Co., Inc.* v. *United States* (21 Cust. Ct. 145, C. D. 1145). The claim of the plaintiff was therefore sustained.